FILED

2008 Oct-27  PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT C. GILL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  2:07-cv-01605-IPJ-JEO |
| | ) | |
| COMMISSIONER RICHARD | ) | |
| ALLEN, et al., | ) | |
| | ) | |
| Defendants | ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on September 25, 2008, recommending that judgement be granted in favor of the defendants in this action, filed pursuant to 42 U.S.C. § 1983.  No objections have been filed by either party pursuant to Rule 72 of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, judgment is due to be granted in favor of the defendants and against the plaintiff as no genuine issue of material fact remains

and the defendants are entitled to judgment in their favor as a matter of law.  A Final

Judgment will be entered.

DONE this 27th day of October, 2008.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE